**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
    *Plaintiff,*

                      CASE NO. :09-21019-CR-UNGARO

-VS-

DAVID MARRERO,
    *Defendant.*
_____/

## NOTICE OF APPEAL

    Notice is hereby given that David Marrero, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 29th day of July 2010.

                                              Respectfully submitted,

                                              s/Scott Egleston
                                              Scott Egleston (FL Bar 883425)
                                              scotteglestonatt@bellsouth.net
                                              12000 Biscayne Blvd. Suite 220
                                              Miami, Florida 33181
                                              Telephone: (305) 892-8088
                                              Facsimile: (305) 892-9562
                                              Attorney for David Marrero

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on <u>August 5, 2010</u>, I electronically filed the foregoing document with the Clerk of The Court using CM/ECF. I also certify that the Foregoing document is being served this day to The United States Attorney's Office.

s/Scott Egleston
Scott Egleston
